IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) SOUTHAMPTON, LTD. and (2) SOUTHWEST REINSURANCE, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 5:14-CV-00852-M |
| (1) VAHID SALALATI,(2) GREGORY LUSTER, and (3) ROGER ELY, | ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule LCvR7.1.1, Plaintiffs Southampton, Ltd. and Southwest Reinsurance, Inc. file the following Corporate Disclosure Statement as follows:

Plaintiff Southampton, Ltd. has no parent corporation, and no publically held corporation owns 10% or more of its stock.  Plaintiff Southampton Reinsurance, Inc. is wholly owned by Helios Financial Holding Corp., a New Mexico corporation.  Helios Financial Holding Corp. is wholly owned by James Bradford Smith.

Respectfully submitted,

/s/ *Larry G. Cassil, Jr.*
Larry G. Cassil, Jr., OBA #14694
HornBeek, Vitali & Braun, P.L.L.C.
3711 N. Classen Boulevard
Oklahoma City, Oklahoma 73118
Telephone:    (405) 236-8600
Facsimile:     (405) 236-8602

-and-

Lisa S. Barkley
State Bar No. 12851
HAYNES AND BOONE, LLP
112 East Pecan Street, Suite 1200
San Antonio, Texas 78205
Telephone:    (210) 978-7000
Facsimile:     (210) 978-7450
lisa.barkley@haynesboone.com

Werner A. Powers
Texas Bar No. 16218800
*(to be admitted pro hac vice)*
Natalie DuBose
Texas Bar No. 24077481
*(to be admitted pro hac vice)*
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas  75219
Telephone:    (214) 651-5000
Facsimile:     (214) 541-5940
werner.powers@haynesboone.com
natalie.dubose@haynesboone.com

ATTORNEYS FOR PLAINTIFFS